**United States Bankruptcy Court**
**Eastern District of Virginia**
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number** 19−11582−BFK
**Chapter** 11

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Global Energy Services, Inc.
aka GES Utility Services, Inc., aka
GLOBAL EQUIPMENT SERVICES, fka
NORTH WOODS CONTRACTING, INC.,
fka NORTH WOODS TRANSPORT, INC
1420 King Street, Suite 401
Alexandria, VA 22314

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
  Debtor: NA

Employer Tax−Identification (EIN) No(s).(if any):
  Debtor: 20−8102916

NOTICE OF POSSIBLE DISMISSAL
PURSUANT TO LBR 1007−1 LISTS, SCHEDULES AND STATEMENTS

TO:    DEBTOR OR DEBTOR'S COUNSEL

You filed a petition with the Office of the Clerk of the United States Bankruptcy Court, Eastern District of Virginia, on May 14, 2019. Pursuant to Local Bankruptcy Rule 1007−1, please be advised that the following document(s) are missing and must be filed within fourteen (14) days of the petition date.

**Missing Documents Due:  May 28, 2019**

*Failure to timely file the missing document(s) or to timely seek an extension of time, may result in the dismissal of your bankruptcy case.*

**\*\*Missing Document(s):**

 **All Schedules and Statement of Financial Affairs**
**Summary of Your Assets and Liabilities and Certain Statistical Information**
**Chapter 11 Statement of Your Current Monthly Income**
**Attorney Fee Disclosure and Chapter 11 List of Equity Security Holders**

**William C. Redden**
**Clerk, United States Bankruptcy Court**

Date:  May 15, 2019

/s/   Dayna Marie Huntington
Deputy Clerk

[10071vAug2018.jsp]

United States Bankruptcy Court
Eastern District of Virginia

In re:  
Global Energy Services, Inc.  
     Debtor

Case No. 19-11582-BFK  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0422-9     User: huntingto     Page 1 of 1     Date Rcvd: May 15, 2019  
                      Form ID: 1007115     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2019.  
db          +Global Energy Services, Inc.,   1420 King Street, Suite 401,   Alexandria, VA 22314-2762

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2019 at the address(es) listed below:  
         Daniel M. Press   on behalf of Debtor   Global Energy Services, Inc. dpress@chung-press.com, pressdm@gmail.com  
         John P. Fitzgerald, III   ustpregion04.ax.ecf@usdoj.gov  
                                                                                   TOTAL: 2